FILED
2005 Sep-26 AM 10:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFONTE T. BAILEY, SR., | ] |
| Petitioner, | ] |
| v. | ]   CIVIL ACTION NO. 02-LSC-RRA-2039-S |
| CAPTAIN BEN KING, et al., | ] |
| Respondents. | ] |

### MEMORANDUM OPINION

This is a petition for a writ of habeas corpus brought by a person in custody under a judgment of a court of the State of Alabama. 28 U.S.C. § 2254. The petitioner, Alfonte T. Bailey, Sr., alleges that he was convicted on May 9, 2002, of a probation violation and sentenced to 310 days in the city jail. In support of his petition, Bailey claims that the jail was not built for a long-term stay, the uniforms and linens are not changed regularly, there is a bug problem at the jail, and the jail is overcrowded. Bailey does not challenge the validity of his conviction or sentence in any way.

Title 28 U.S.C. § 2254(a) provides that this court "shall entertain an application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." Bailey makes no claim that he is in custody in violation of the Constitution or laws or treaties of the United States. Therefore, this action is due to be DISMISSED.

An appropriate order will be entered.

Done this 26th day of September 2005.

                                               L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE
                                                    124153